No. 289. ADAMS, RECEIVER, ET AL. *v.* EASTMAN ET AL. October 10, 1938. Petition for writ of certiorari to the

Supreme Court of New York denied. *Mr. Anthony V. Lynch, Jr.* for petitioners. *Mr. John W. Drye, Jr.* for respondents.